| | |
|---|---|
| 1 | GARY OWEN CARIS (SBN 088918) |
|   | E-MAIL:  gcaris@mckennalong.com |
| 2 | LESLEY ANNE HAWES (SBN 117101) |
|   | E-MAIL:  lhawes@mckennalong.com |
| 3 | MCKENNA LONG & ALDRIDGE LLP |
|   | 444 South Flower Street, 8th Floor |
| 4 | Los Angeles, CA  90071 |
|   | Telephone:   (213) 688-1000 |
| 5 | Facsimile:    (213) 243-6330 |
| 6 | Attorneys for Permanent Receiver |
|   | ROBB EVANS & ASSOCIATES LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO.  08 MC 80006 JF (PVT) |
| Plaintiff, | **NOTICE OF FILING OF NOTICE OF PENDING ACTION** |
| v. | |
| AOB COMMERCE, INC.; AOB ASIA FUND I, LLC; and TERCHI LIAO a/k/a NELSON LIAO, | |
| Defendants, | |
| and | |
| AOB MANAGEMENT, INC.; AOB MEDIA, INC.; AOB TRANSPORTATION, INC.; and AOB VACATIONS, INC., , | |
| Relief Defendants. | |

Attached hereto as Exhibit A is a conformed copy of the Notice of Pending Action recorded with the Santa Clara County Recorder's office on January 28,

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17296471.1


1  2008 concerning the real property located at 17474 Lakeview Drive, Morgan Hill,
2  CA 95037.
3
4  Dated:    March 6, 2008                    MCKENNA LONG & ALDRIDGE LLP
                                               Gary Owen Caris
5                                              Lesley Anne Hawes
6
7                                              By:  /s/ Lesley Anne Hawes
                                                   Lesley Anne Hawes
                                                   Attorneys for Permanent Receiver
8                                                  ROBB EVANS & ASSOCIATES
                                                   LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE BY MAIL**

  I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, 8th Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 6, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF FILING OF NOTICE OF PENDING ACTION**

in a sealed envelope, postage fully paid, addressed as follows:

  See attached Service List.

  Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  Executed on March 6, 2008, at Los Angeles, California.

/s/ Robert G. Kennedy
Robert G. Kennedy

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 3 -

LA:17296471.1

# SERVICE LIST

**Peter F. Del Greco, Esq. (Attorney for Plaintiff)**
**Securities and Exchange Commission**
**5670 Wilshire Boulevard, 11th Floor**
**Los Angeles, CA 90036**

**Tom Fang-Yao King, Esq. (Attorney for Defendants)**
**150 North Santa Anita Avenue, Suite 300**
**Arcadia, CA 91006**

**Robert M. Yaspan, Esq. (Attorney for Defendants)**
**Robert M. Berger, Esq.**
**Law Offices of Yaspan & Thau**
**21700 Oxnard Street, Suite 1750**
**Woodland Hills, CA 91367**

**Nelson Liao (record title holder)**
**17474 Lakeview Drive**
**Morgan Hill, CA 95037**

**Nelson Liao (record title holder)**
**2047 Carolwood Drive**
**Arcadia, CA 91006**

**Fieldstone Mortgage Company (lienholder)**
**11000 Broken Land Parkway, Suite 600**
**Columbia, MD 21044**

**Fieldstone Mortgage Company (lienholder)**
**c/o CT Corporation System**
**818 West Seventh Street**
**Los Angeles, CA 90017**

# EXHIBIT A

| RECORDING REQUESTED BY | DOCUMENT: 19723766 | Pages: 11 |
|---|---|---|
| NAME: Lesley Anne Hawes, Esq. | | Fees.... 39.00<br>Taxes...<br>Copies..<br>AMT PAID 39.00 |
| WHEN RECORDED MAIL TO: | | |
| NAME: Lesley Anne Hawes, Esq. | REGINA ALCOMENDRAS<br>SANTA CLARA COUNTY RECORDER<br>Recorded at the request of<br>Recording Service | RDE # 002<br>1/28/2008<br>1:14 PM |
| ADDRESS: 444 S. Flower Street, 8th Floor | | |
| CITY/STATE/ZIP: Los Angeles, CA 90071 | | |

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

(SPACE ABOVE FOR RECORDER'S USE)

NOTICE OF PENDING ACTION
**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

5

| | |
|---|---|
| 1 | GARY OWEN CARIS (SBN 088918) |
| | E-MAIL: gcaris@mckennalong.com |
| 2 | LESLEY ANNE HAWES (SBN 117101) |
| | E-MAIL: lhawes@mckennalong.com |
| 3 | MCKENNA LONG & ALDRIDGE LLP |
| | 444 South Flower Street, 8th Floor |
| 4 | Los Angeles, CA 90071 |
| | Telephone: (213) 688-1000 |
| 5 | Facsimile: (213) 243-6330 |
| 6 | Attorneys for Permanent Receiver |
| | ROBB EVANS & ASSOCIATES LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | CASE NO. 08 MC 80006 JF (PVT) |
| Plaintiff, | ) | **NOTICE OF PENDING ACTION** |
| v. | ) | |
| AOB COMMERCE, INC.; AOB ASIA FUND I, LLC; and TERCHI LIAO a/k/a NELSON LIAO, | ) | |
| Defendants, | ) | |
| and | ) | |
| AOB MANAGEMENT, INC.; AOB MEDIA, INC.; AOB TRANSPORTATION, INC.; and AOB VACATIONS, INC., , | ) | |
| Relief Defendants. | ) | |

NOTICE IS HEREBY GIVEN that an action concerning and affecting title to and/or the right to possession of real property described more fully herein has been commenced. The action affecting the real property was commenced on July 12, 2007 by the filing of a Complaint initiating that certain action entitled *Securities*

1  *and Exchange Commission v. AOB Commerce, Inc., AOB Asia Fund I, LLC, and*
2  *Terchi Liao a/k/a Nelson Liao, Defendants, and AOB Management, Inc., AOB*
3  *Transportation, Inc. and AOB Vacations, Inc., Relief Defendants* in the United
4  States District Court for the Central District of California, Case No. CV 07-04507
5  CAS (JCx) ("Pending Action") and by the subsequent issuance by the Court of a
6  Temporary Restraining Order and Orders (1) Freezing Assets; (2) Appointing A
7  Temporary Receiver; (3) Requiring Accountings; (4) Prohibiting Destruction of
8  Documents; (5) Granting Expedited Discovery; and Order to Show Cause Re
9  Preliminary Injunction and Appointment of A Permanent Receiver filed July 12,
10 2007 ("Temporary Restraining Order"), pursuant to which Robb Evans &
11 Associates LLC ("Receiver") was appointed as receiver over all receivership
12 property, including all assets of AOB Commerce, Inc., AOB Asia Fund I, LLC and
13 the Relief Defendants AOB Management, Inc, AOB Media, Inc., AOB
14 Transportation, Inc. and AOB Vacations, Inc., and their subsidiaries and affiliates
15 ("Receivership Entities"). On August 13, 2007, the Court in the Pending Action
16 issued the Preliminary Injunction Order and Orders (1) Freezing Assets; (2)
17 Appointing A Permanent Receiver; (3) Requiring Accountings; (4) Prohibiting
18 Destruction of Documents; (5) Granting Expedited Discovery; and for Other Relief
19 ("Preliminary Injunction") pursuant to which the Receiver was appointed
20 Permanent Receiver as set forth in the Preliminary Injunction.
21      The Pending Action affects title to and/or the right to possession of the
22 following real property commonly known as 17474 Lakeview Drive, Morgan Hill,
23 CA 95037, title to which the Receiver is informed and believes is currently vested

1  to Nelson Liao aka Terchi Liao, and is legally described as:

2

3  SEE "EXHIBIT 1" ATTACHED HERETO AND INCORPORATED HEREIN BY
4  REFERENCE AND MADE A PART HEREOF.

5

6      Pursuant to the Temporary Restraining Order and Preliminary Injunction, the
7  Receiver is authorized, empowered, and directed, *inter alia*, to take custody,
8  control, possession and charge of all assets of the receivership estate constituting
9  receivership property as set forth in the Temporary Restraining Order and
10 Preliminary Injunction.  The real property described above constitutes receivership
11 property under the Temporary Restraining Order and Preliminary Injunction.

12 Dated:    January 24, 2008        MCKENNA LONG & ALDRIDGE LLP
13                                        Gary Owen Caris
14                                        Lesley Anne Hawes

15                                By: */s/ Lesley Anne Hawes*
16                                   Lesley Anne Hawes
                                   Attorneys for Permanent Receiver
17                                    ROBB EVANS & ASSOCIATES
                                   LLC

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | STATE OF California    ) |
| 2 |                                                       ) ss. |
|   | COUNTY OF LOS ANGELES           ) |

On January 24, 2008 before me, Robert G. Kennedy, Notary Public, personally appeared Lesley Anne Hawes, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Robert G. Kennedy*
Signature of Notary Public                                                                                      (Seal)

ROBERT G. KENNEDY
COMM. #1781955
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. DEC 21, 2011

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17289921.1

9

# EXHIBIT 1

The land referred to in this Report is situated in the County of <u>Santa Clara, City of Morgan Hill,</u>
State of California, and is described as follows:

PARCEL ONE:

ALL OF LOT 289, as delineated upon that certain Map entitled "Tract No. 4196 Holiday Lake Estates, Unit No. 2", filed for record in the Office of the Recorder of the County of Santa Clara, State of California, on November 17th, 1966 in Book 216 of Maps, at Pages 39, 40, 41, 42, 43, and 44.

PARCEL TWO:

A NON-EXCLUSIVE easement for ingress and egress, appurtenant to the above described Parcel One, over a strip of land 15.00 feet in width, the Southeasterly line of which is described as follows:

BEGINNING at the point of intersection of the dividing line between Lot 299 and 300, with the Southwesterly line of Blue Jay Drive, as said Lots and drive are shown upon that certain Map entitled, "Tract No. 4196 Holiday Lake Estates Unit No. 2", which Map was filed for record in the office of the recorder of the County of Santa Clara, State of California, on November 17, 1966 in Book 216 of Maps, at Pages 39, 40, 41, 42, 43 and 44; thence from said point of beginning South 36° 56' 00" West along said dividing line between Lots 299 and 300 for a distance of 200.00 feet and the terminus of said easement, as reserved in the Deed from Holiday Lake Estates, Inc., a corporation, to David A. Loy, et ux, dated September 6, 1968, recorded September 12, 1968 in Book 8259 of Official Records, Page 1, Santa Clara County Records.

PARCEL THREE:

A NON-EXCLUSIVE easement for ingress and egress, appurtenant to the above described parcel one, over a strip of land 15.00 feet in width, the Northeasterly line of which is described as follows:

BEGINNING at the Northernmost corner of Lot 288, as said lot is shown upon that certain Map entitled, "Tract No. 4196 Holiday Lake Estates Unit No. 2", which Map was filed for record in the office of the Recorder of the County of Santa Clara, State of California, on November 17, 1966 in Book 216 of Maps, at pages 39, 40, 41, 42, 43, and 44; thence from said point of beginning South 53° 04' 00" East 15.00 feet and the terminus of said easement.

729-41-017    04006    SH/MH/AG    A 727-36-020

upd/SH/nc 6/28/2005

ORT 3157-C

**PROOF OF SERVICE BY CERTIFIED MAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, 8th Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 24, 2008, I placed with this firm at the above address for deposit with the United States Postal Service by certified mail a true and correct copy of the within document(s):

**NOTICE OF PENDING ACTION**

in a sealed envelope, postage fully paid, addressed as follows:

See attached Service List.

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service for delivery by certified mail on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 24, 2008, at Los Angeles, California.

*Robert G. Kennedy*
Robert G. Kennedy

## SERVICE LIST

Peter F. Del Greco, Esq. (Attorney for Plaintiff)
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Tom Fang-Yao King, Esq. (Attorney for Defendants)
150 North Santa Anita Avenue, Suite 300
Arcadia, CA 91006

Robert M. Yaspan, Esq. (Attorney for Defendants)
Robert M. Berger, Esq.
Law Offices of Yaspan & Thau
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367

Nelson Liao (record title holder)
17474 Lakeview Drive
Morgan Hill, CA 95037

Nelson Liao (record title holder)
2047 Carolwood Drive
Arcadia, CA 91006

Fieldstone Mortgage Company (lienholder)
11000 Broken Land Parkway, Suite 600
Columbia, MD 21044

Fieldstone Mortgage Company (lienholder)
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17289921.1

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, 8th Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 24, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

## NOTICE OF PENDING ACTION

in a sealed envelope, postage fully paid, addressed as follows:

See attached Service List.

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 24, 2008, at Los Angeles, California.

*/s/ Robert G. Kennedy*
Robert G. Kennedy

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17289921.1

14

## SERVICE LIST

Peter F. Del Greco, Esq. (Attorney for Plaintiff)
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Tom Fang-Yao King, Esq. (Attorney for Defendants)
150 North Santa Anita Avenue, Suite 300
Arcadia, CA 91006

Robert M. Yaspan, Esq. (Attorney for Defendants)
Robert M. Berger, Esq.
Law Offices of Yaspan & Thau
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367

Nelson Liao (record title holder)
17474 Lakeview Drive
Morgan Hill, CA 95037

Nelson Liao (record title holder)
2047 Carolwood Drive
Arcadia, CA 91006

Fieldstone Mortgage Company (lienholder)
11000 Broken Land Parkway, Suite 600
Columbia, MD 21044

Fieldstone Mortgage Company (lienholder)
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017